TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA LYNN PURDY fka AMANDA CURRIER, a married individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST CHOICE GREEN SOLUTIONS LLC, a Domestic Corporation; Corporate Officers EUGENE G. CIMORELLI, an individual; RICHARD S. MCKINNIS, an individual; SCOT D. ROPER, an individual; ANTHONY L. VALENTI, an individual; TRAVIS WILDS, an individual; PACIFIC WASTE SERVICES INC., a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:19-cv-01496-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

The parties, by and through their respective Counsel, hereby stipulate to extend the time for Plaintiff to respond to Defendants' motion to dismiss (ECF #12) that was filed on December 19, 2019.  See, LR IA 6-1.  The parties stipulate that Plaintiff shall have up to and including January 10, 2020, to respond.  The reason that the extension is requested is due to Defendants' motion being served during the Christmas and New Year holiday season and Plaintiff's counsel's vacation during

///

///

///

1

1 | that time.

2 | DATED this 2nd day of January 2020     DATED this 3rd day of January 2020

**HATFIELD & ASSOCIATES**     **LAW OFFICE OF MARY F. CHAPMAN, LTD.**

By: /s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

By: /s/ Mary F. Chapman
MARY F. CHAPMAN, ESQ. (SBN 6591)
8440 W. Lake Mead Blvd., Ste. 203
Las Vegas, Nevada 89128
Tel: (702) 202-4233
Email: maryf.chapman@juno.com
*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2020