# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA LYNN PURDY,<br>    Plaintiff(s),<br>v.<br>FIRST CHOICE GREEN SOLUTIONS, LLC, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-01496-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than February 13, 2020, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: February 7, 2020

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge