# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMANDA LYNN PURDY,<br><br>Plaintiff(s),<br><br>v.<br><br>FIRST CHOICE GREEN SOLUTIONS, et al.,<br><br>Defendant(s). | Case No. 2:19-CV-1496 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Purdy v. First Choice Green Solutions, LLC et al.*, case number 2:19-cv-01496-JCM-NJK. Amanda Lynn Purdy ("plaintiff") filed the instant action on August 27, 2019, against Pacific Waste Services, Inc. ("defendant"), amongst others. (ECF No. 1).

Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Fed. R. Civ. P. 4(m).

More than 90 days have elapsed since the instant action was filed. On December 3, 2020, the court gave plaintiff notice of its intent to dismiss her claims pursuant against defendant to Fed. R. Civ. P. 4(m). (ECF No. 11). The dismissal deadline was January 2, 2020. *Id.* To date, plaintiff has still not served defendant.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Pacific Waste Services, Inc., be, and the same hereby is, DISMISSED from this action.

DATED March 26, 2020.

_____
UNITED STATES DISTRICT JUDGE