Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223 phone
(702)202-42003 fax

Attorney for Defendants/Counter Claimants

**UNITED STATES DISTRICT COURT**
**DISTRICT of NEVADA**

| | |
|---|---|
| AMANDA LYNN PURDY, fka, AMANDA CURRIER,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST CHOICE GREEN SOLUTIONS, a Domestic Corporation; Corporate Officers EUGENE G. CIMORELLI, an Individual; RICHARD S. MCKINNIS, an Individual; SCOT D. ROPER, an Individual; ANTHONY L. VALENTI an Individual; TRAVIS WILDS, an Individual; PACIFIC WASTE SERVICES Inc., a Domestic Corporation; DOES I through X, inclusive; and ROE Corporations I through X, inclusive,<br><br>    Defendants.<br>_____<br>ALL RELATED MATTERS<br>_____ | Case No. 2:19-cv-01496-JCM-NJK<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

    The Parties, by and through their counsel of record hereby stipulate to the dismissal of all claims in the Complaint, Counter Claim and Third Party Complaint, as well as, any potential claims not yet plead between the Parties known or unknown, related to or arising out if the facts and circumstances that form the basis of the above captioned action.

Respectfully submitted,

March 24, 2020

Law Office of Mary F. Chapman, Ltd.

 /S/ Mary F. Chapman, Esq.
8440 W. Lake Mead Blvd., Suite 203
Las Vegas, NV 89128
(702)202-4223 phone
(702)202-2003 fax


Hatfield & Associates, Ltd.


 /S/ Trevor Hatfiled, Esq.
Trevor Hatfield, Esq.
703 South Eighth Street
Las Vegas, NV 89101
(702)388-4469 phone
(702)386-9825 fax

IT IS SO ORDERED March 30, 2020.

_____
UNITED STATES DISTRICT JUDGE